## HOUSING AUTHORITY OF THE CITY OF JEFFERSON and Linden Elderly Housing Development Group, L.P., Respondents,

v.

## Henry SINCLAIR, Appellant.

### WD 79582

Missouri Court of Appeals,
Western District.

Filed: July 25, 2017

Application for Transfer to Supreme Court Denied September 5, 2017

John S. Pletz, Jefferson City for respondent.

Henry Sinclair, Jefferson City, pro se.

Before Division Three: Alok Ahuja, P.J.; and Victor C. Howard and James E. Welsh, JJ.

### ORDER

PER CURIAM:

Henry Sinclair appeals from a judgment entered by the Circuit Court of Cole County in an unlawful detainer action, granting possession of the apartment in which he was residing to his landlord. We affirm.

Because a published opinion would have no precedential value, we have provided the parties an unpublished memorandum setting forth the reasons for this order. Rule 84.16(b).